United States District Court
Southern District of Texas
**ENTERED**
March 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL HAVINS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-0070 |
| | § | |
| FMC TECHNOLOGIES, INC. D/B/A TECHNIPFMC, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant FMC Technologies, Inc. d/b/a/ TechnipFMC's Motion for Summary Judgment. (Dkt. 45). After careful consideration of the motion, response, reply, summary judgment record, and applicable case law, the motion for summary judgment is **DENIED**. The Court finds that there is a genuine issue of material fact regarding, among other things, whether Plaintiff Michael Havins was fired due to his age and whether the reduction in force at issue was a pretext for age discrimination. *Burrell v. Dr. Pepper/Seven Up Bottling Group, Inc.,* 482 F.3d 408, 415 (5th Cir. 2007).

SIGNED at Houston, Texas, this 18th day of March, 2021.

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE