# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHAEL HAVINS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.: 4:19-cv-00070** |
| | § | |
| **FMC TECHNOLOGIES, INC. d/b/a,** | § | **JURY DEMANDED** |
| **TECHNIPFMC,** | § | |
| | § | |
| *Defendant*. | § | |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, Defendant FMC Technologies, Inc. d/b/a TechnipFMC's ("TFMC") respectfully requests that the Court enter final judgment against Plaintiff Havins ("Havins") in accordance with the jury's August 19, 2022 verdict (Doc. 129). TFMC submits the attached proposed final judgment and respectfully requests the Court for its entry.

Respectfully submitted,

**AKERMAN LLP**

By:*/s/ Scott D. Marrs*
     **Scott D. Marrs**
     Texas Bar No.: 13013400
     E-Mail: scott.marrs@akerman.com
     1300 Post Oak Blvd., Suite 2300
     Houston, Texas 77056
     Telephone: 713-623-0887
     Facsimile:  713-960-1527

**ATTORNEY-IN-CHARGE FOR DEFENDANT FMC TECHNOLOGIES d/b/a TECHNIPFMC**

**OF COUNSEL:**

**Brian T. Bagley**
Texas Bar No.: 24035541
E-Mail: brian.bagley@akerman.com
**Alexandra I. B. Ledyard**
Texas Bar No.:  24087903
E-Mail: alexandra.ledyard@akerman.com
AKERMAN LLP
1300 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713-623-0887
Facsimile:  713-960-1527

66058852;1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 29, 2022, a true and correct copy of the foregoing was served to all counsel of record via the CM/ECF system.

/s/ Alexandra Ledyard
**Alexandra Ledyard**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHAEL HAVINS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.: 4:19-cv-00070** |
| | § | |
| **FMC TECHNOLOGIES, INC. d/b/a,** | § | **JURY DEMANDED** |
| **TECHNIPFMC,** | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

On August 15, 2022, the Court called this case for trial. Plaintiff Michael Havins appeared through his attorneys and announced ready for trial. Defendant FMC Technologies, Inc. d/b/a TecnhipFMC ("TFMC") appeared through its attorneys and announced ready for trial. The case was tried with a jury.

On August 19, 2022, the jury returned its verdict in favor of TFMC (Doc. 129). Based thereon, the Court now enters judgment in favor of TFMC and therefore

**ADJUDGES, ORDERS, AND DECREES** that Plaintiff Michael Havins take nothing on his claim under the Age Discrimination in Employment Act ("ADEA"). And the Court further

**ADJUDGES, ORDERS, AND DECREES** that Plaintiff Michael Havins take nothing on his claim under the Texas Commission on Human Rights Act ("TCHRA"). And the Court further

**ORDERS** that TFMC's 28 U.S.C. § 1920 costs be taxed against Havins. And the Court further

**ORDERS** that all costs other than those explicitly referenced above under 28 U.S.C. § 1920, expenses, and attorney's fees be borne by the party incurring the same.

This order is final, disposes of all claims and all parties, and is appealable.

SIGNED at Houston, Texas this _____ day of _____, 2022.

_____
THE HONORABLE GEORGE C. HANKS, JR.

66058852;1