United States District Court
Southern District of Texas
**ENTERED**
September 27, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHAEL HAVINS,** | § | |
| *Plaintiff,* | § § § § | |
| v. | § § | **CIVIL ACTION NO.: 4:19-cv-00070** |
| **FMC TECHNOLOGIES, INC. d/b/a, TECHNIPFMC,** | § § § § | **JURY DEMANDED** |
| *Defendant.* | § § | |

## FINAL JUDGMENT

On August 15, 2022, the Court called this case for trial. Plaintiff Michael Havins appeared through his attorneys and announced ready for trial. Defendant FMC Technologies, Inc. d/b/a TecnhipFMC ("TFMC") appeared through its attorneys and announced ready for trial. The case was tried with a jury.

On August 19, 2022, the jury returned its verdict in favor of TFMC (Doc. 129). Based thereon, the Court now enters judgment in favor of TFMC and therefore

**ADJUDGES, ORDERS, AND DECREES** that Plaintiff Michael Havins take nothing on his claim under the Age Discrimination in Employment Act ("ADEA"). And the Court further

66058852;1

**ADJUDGES, ORDERS, AND DECREES** that Plaintiff Michael Havins take nothing on his claim under the Texas Commission on Human Rights Act ("TCHRA"). And the Court further

**ORDERS** that TFMC's 28 U.S.C. § 1920 costs be taxed against Havins. And the Court further

**ORDERS** that all costs other than those explicitly referenced above under 28 U.S.C. § 1920, expenses, and attorney's fees be borne by the party incurring the same.

This order is final, disposes of all claims and all parties, and is appealable.

SIGNED at Houston, Texas this __27th__ day of _____September_____, 2022.

_____
THE HONORABLE GEORGE C. HANKS, JR.